Kevin G. Little, Esq. SBN 149818
Post Office Box 8656
Fresno, California 93727
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Attorney for Defendant HOLLY GITMED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOLLY GITMED, etc.<br>Defendants. | Case No.: 14-CR-00189 AWI BAM (002)<br><br>WAIVER OF DEFENDANT'S PRESENCE; ORDER |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant of record Holly Gitmed, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: October 2, 2014

/s/ Holly Gitmed
Holly Gitmed

(Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: October 2, 2014

/s/ Kevin G. Little
Kevin G. Little
Attorney for Defendant Holly Gitmed

ORDER

IT IS SO ORDERED.
DATED: 10/6/2014

/s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE