UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HOLLY GITMED,<br><br>Defendant | CASE NO. 1:14-CR-00189-AWI-BAM-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY RESTITUTION PENDING APPEAL<br><br>(Doc. No. 105) |

On September 14, 2015, Defendant Holly Gitmed filed a motion to stay her obligation to pay $832.58 restitution, while her appeal is pending. See Doc. No. 105. This motion was filed pursuant to Fed. R. Crim. Pro. 38(e)(1). Gitmed's motion indicates that it is not an attempt to have the Court reconsider the merits of its rulings in this case. See id. On October 2, 2015, the United States filed a notice of non-opposition. See Doc. No. 113.

Whether to grant a stay under Criminal Rule 38(e) is a discretionary decision. United States v. Hill, 167 F.3d 1055, 1074 (6th Cir. 1999). In light of the arguments made by Gitmed, and the United States's notice of non-opposition, the Court finds that a stay of restitution is appropriate.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion to stay restitution is GRANTED; and

2. Defendant Holly Gitmed's obligation to pay $832.68 restitution is STAYED pending her appeal in this matter.

IT IS SO ORDERED.

Dated:   October 2, 2015                    _____
                                             SENIOR DISTRICT JUDGE