# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HOLLY COVEY**<br>AKA: Holly Gitmed, Holly Janene Smith, Holly Janene Gitmed,<br>Holly J. Gitmed, and Holly J. Smith | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:14CR00189-002**<br><br>Defendant's Attorney: Kevin Gerard Little, Appointed |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge __1__ as alleged in the violation petition filed on 8/25/2017.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on___

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | Unlawful Use of a Controlled Substance | 6/7/2017-6/14/2017 and<br>6/28/2017-7/10/2017 |

**The court:** continues under same conditions of supervision heretofore ordered on 8/24/2015 with all previously ordered conditions in effect and with the following modification of conditions:

**10. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.**

The defendant is sentenced as provided in pages 1 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Appeal Rights GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/11/2017
Date of Imposition of Sentence

*/s/ Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States District Judge
Name & Title of Judicial Officer

12/12/2017
Date